IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Todd Steven, ) | No. CV05-0964-PHX-SRB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph Arpaio, ) | |
| Defendant. ) | |

    Plaintiff, David Todd Steven, filed his Civil Rights Complaint on March 30, 2005. On April 14, 2005 the Court issued a screen order advising Plaintiff that "at all times during th pendency of this action, Plaintiff shall immediately advise the Court of any change of address and its effective date."   On November 21, 2005, the Court issued an order advising Plaintiff that "Plaintiff shall complete and return the service packet to the Clerk of the Court within 20 days of the date of filing of this Order."   On November 30, 2005, the Post Office returned the November 21, 2005 order with the notation "Inmate No Longer in Custody." According to the Arizona Department of Corrections website Plaintiff was released from custody on May 13, 2005. As of the date of this order, Plaintiff has not filed a change of address with the Court.

    The Magistrate Judge filed his Report and Recommendation on January 23, 2006, recommending that Plaintiff's case be dismissed without prejudice for failure to comply with Rule 3.4, Local Rules of Civil Procedure for the United States District Court for the District

1  of Arizona and Rule 41(b), Federal Rules of Civil Procedure. The Court finds itself in
2  agreement with the Report and Recommendation of the Magistrate Judge.

3      IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4  as the order of this Court.

5      IT IS FURTHER ORDERED dismissing this case for Plaintiff's for failure to comply
6  with Rule 3.4, Local Rule of Civil Procedure and Rule 41(b), Federal Rules of Civil
7  Procedure.

9      DATED this 16th day of February, 2006.

_____
Susan R. Bolton
United States District Judge